RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 18 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta DIVISION

Dawn Marlesha Hanchard
(Print your full name)

    Plaintiff *pro se*,

v.

Beall's Outlet Stores Inc.

_____

(Print full name of each defendant; an employer is usually the defendant)

    Defendant(s).

CIVIL ACTION FILE NO.

1:20-CV-3898

(to be assigned by Clerk)

## ***PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM**

### **Claims and Jurisdiction**

1. This employment discrimination lawsuit is brought under (check only those that apply):

     Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____   Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

**NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____   Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

**NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____   Other (describe) _____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.    Print your full name and mailing address below:

   Name    Dawn Marlesha Hanchard

   Address    6263 Curry Ford Rd Apt. 135
              Orlando, Florida, 32822

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name    Bealls Outlet Stores, INC.
   Address    1806 38th Avenue East,
              Bradenton, Florida, 34206-5207

   Name    (Registerd Agent) Corporate Creations Network INC.
   Address    2985 Gordy Parkway, 1st Floor,
              Marietta, Georgia, 30066

   Name    _____
   Address _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location different from the address provided for defendant(s), state where that discrimination occurred:

   Douglasville, Georgia 9516 Hwy 5, 30134

6. When did the alleged discrimination occur? (State date or time period)

From 11-15-2019 – 12-3-2019

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    ____ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ✓ Yes    ____ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: Aug. 10, 2020

9. If you are suing for **age discrimination**, check one of the following:

   ____    60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   ____    Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    \_\_\_\_ Yes      \_\_\_\_ No      \_✓\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

    If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

    _____

    _____

    _____

    _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    \_\_\_\_ Yes      \_\_\_\_ No      \_✓\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

    If you checked "Yes," describe below what happened in that administrative process:

    _____

    _____

    _____

    _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    \_\_\_\_ failure to hire me
    \_\_\_\_ failure to promote me
    \_\_\_\_ demotion
    \_\_\_\_ reduction in my wages
    \_✓\_ working under terms and conditions of employment that differed from similarly situated employees
    \_✓\_ harassment
    \_✓\_ retaliation
    \_✓\_ termination of my employment
    \_\_\_\_ failure to accommodate my disability
    \_\_\_\_ other (please specify) _____

    _____

13. I believe that I was discriminated against because of (check only those that apply):

    \_\_\_\_ my race or color, which is _____
    \_\_\_\_ my religion, which is _____
    \_✓\_ my sex (gender), which is   \_\_\_\_ male   \_✓\_ female (Transgender)
    \_\_\_\_ my national origin, which is _____
    \_\_\_\_ my age (my date of birth is _____)
    \_\_\_\_ my disability or perceived disability, which is:

    _____

    \_\_\_\_ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    \_\_\_\_ other (please specify) _____

    _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

After being hired and assigned to a store to begin store manager Training The District manager Tracie Bogan informed the male store manager (Jerry Frazier) that was supposed to be training me that I was a transgender woman, Mr Frazier informed the rest of his store team members and instructed them not to interact with me. I was left on my own and not properly trained. On NOV 26 I put in a formal complaint to Human Resources about my exclusion from training as well as the way Ms Tracie Bogan spoke to me on several occasions and Her outing me as transgender After learning of my complaint against her Ms Bogan retaliated against me by terminating my employment siting that I had been Late 3 times during my 90 day probationary period. Because BEALLs outlet Choose not to tAke Action on my behalf I was Constantly subjected to verbal Abuse and Retaliation.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

15. Plaintiff ____ still works for defendant(s)
    √ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  ____ Yes  ____ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  √ Yes  ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

√ Defendant(s) be directed to apologize for failing to make the Harassment stop once ef reported it

√ Money damages (list amounts) 100,000 in punitive Damages, + 1 years Salary 48,000

____ Costs and fees involved in litigating this case

____ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this 14 day of September, 2020

_____
(Signature of plaintiff pro se)

Dawn Marlesha Hanchard
(Printed name of plaintiff pro se)

6263 Curry ford Rd Apt 135
(street address)

Orlando, Florida, 32822
(City, State, and zip code)

dawnhanchard22@yahoo.com
(email address)

803-440-2316
(telephone number)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2020-01744 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Dawn M. Hanchard** | Home Phone (Incl. Area Code)<br>**(803) 440-2316** | Date of Birth<br>**1988** |
|---|---|---|
| Street Address<br>**211 Rocky Ridge Blvd, Douglasville, GA 30134** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**BEALLS OUTLET** | No. Employees, Members<br>**500+** | Phone No. (Include Area Code)<br>**(941) 747-2355** |
|---|---|---|
| Street Address<br>**9516 Ga Hwy 5, Douglasville, GA 30134** | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **11-26-2019**   Latest: **12-03-2019**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was hired by the above referenced employer on November 12, 2019, and last worked as a Store Manager. On November 14, 2019, Ms. Tracie Bogan, District Manager informed my Store Manager, Jerry Frazier, that I was transgender. Mr. Frazier then informed all other store personnel that I was transgender and should not interact with me and no one did. In addition, I was left on my own without being trained when I was promised a training period of four weeks. On November 26, 2019, I complained to Amanda Kinney, Human Resources Manager that I have been discriminated against because of being transgender due to intentional exclusion and failure to train me as promised. On December 3, 2019, I was terminated.

II. I received a call from Russ (LAST NAME KNOWN) and title unknown, that I was being discharged because I was tardy on three occasions.

III. I was discriminated against under Title VII on the basis retaliation, and of sex (female), in that my employer took my gender into account and fired me non-conforming appearance and behavior, and/or for transitioning for one sex to another and/or for being a transgender individual.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>02-07-2020       _[signature]_<br>Date                Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161 (11/16)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Dawn M. Hanchard<br>211 Rocky Ridge blvd<br>Douglasville, GA 30134 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
  CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2020-01744 | Sandra Pope, Investigator | (404) 562-6852 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Darrell E. Graham,
District Director

AUG 10 2020
*(Date Mailed)*

Enclosures(s)

cc: **Bridget McNamee**
**Attorney**
**JOHNSON JACKSON PLLC**
**100 N. Tampa Street**
**Suite 2310**
**Tampa, FL 33602**

DAWN H.
6263 Curry Ford Rd Apt 135
Orlando, FL, 32822

9514 8065 7836 0259 5083 88

**RETURN RECEIPT**



CLEARED
SEP 18 2020
U.S. Marshals
Atlanta, GA

United States District Court

75 Ted Turner Dr. SW Room 2211

Atlanta, Georgia, 30303